■

IN the INTEREST OF: C.J., a Minor

2499 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

CP–51–DP–0001373–2016
(Philadelphia)

Affirmed

■

COM.

v.

HUGHSTON, K.

2564 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

CP–23–CR–0000897–2008
(Delaware)

Affirmed

■

COM.

v.

CARBONE, C.

2810 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

CP–46–CR–0008198–2010
(Montgomery)

Affirmed—Application to Withdraw as
Counsel Granted

■

IN the INTEREST OF: J.A.J., a Minor

2955 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

CP–51–AP–0000384–2016,    CP–51–DP–
0002785–2014, FID: 51–FN–002549–2014
(Philadelphia)

Affirmed

■

IN the INTEREST OF: A.A.F.
JR., a Minor

2956 EDA 2016

Superior Court of Pennsylvania.

Filed 03/29/2017

CP–51–AP–0000385–2016,    CP–51–DP–
0002788–2014, FID: 51–FN–002549–2014
(Philadelphia)

Affirmed

